IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TERRY VANTREECE WILSON,

    Plaintiff,

v.

TAMMY BASS, Nurse;
Nurse STEPHANIE LNU;
and Head Nurse WHITE,

    Defendants.

CIVIL ACTION NO.: CV512-130

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claim regarding his hernia is **DISMISSED** without prejudice. Defendants Bass and Stephanie LNU are **DISMISSED** as named Defendants.

**SO ORDERED**, this 11 day of January, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)