IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TERRY VANTREECE WILSON,

    Plaintiff,

v.                                               CIVIL ACTION NO.: CV512-130

LOUISE H. WHITE, LPN,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed "Objections". In his Objections, Plaintiff requests that the Court grant him leeway by appointing a special master to assist him in obtaining documents, having depositions taken, and having Defendant answer his interrogatories. Plaintiff has already moved the Court for these requests, and these motions have been denied. (Doc. Nos. 34, 35, 39, 40, 42, 44). Additionally, Plaintiff's "Objections" are no more than his repeated requests for assistance with this cause of action, as Plaintiff makes no substantive contentions in response to the Magistrate Judge's Report and Recommendation.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of August, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA